UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LAWRENCE V. WILDER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>US ATTORNEY GENERAL, NEW HANOVER )<br>COUNTY NC COURTS, JOSH STEIN, BEN )<br>STEIN, JON STEIN, WILMINGTON NORTH )<br>CAROLINA POLICE DEPARTMENT, NEW )<br>HANOVER COUNTY SHERIFF )<br>DEPARTMENT, NEW HANOVER COUNTY )<br>NC PUBLIC DEFENDERS, BIVENS v 6 )<br>UNKNOWN FEDERAL AGENTS, ONERS )<br>of 201-414 NORTH 11TH STREET )<br>WILMINGTON NC 28401, SAMUEL LEE )<br>WILDER, OWNER OF 1312 GRACE STREET )<br>WILMINGTON, NC, ONERS OF 1007 )<br>CHESTNUT STREET, WILMINGTON NC )<br>28401, OWNERS OF 1103-1113 CHESNUTT )<br>STREET WILMINGTON NC, UNKNOWN )<br>RELATIVE 1200 CHESTNUT STREET )<br>WILMINGTON NC, ANCIENT AND )<br>ACCEPTED SCOTTISH RITE BODIES, )<br>ST. JOHN'S LODGE 1 A.F. and AM, )<br>SURVEILLANCE GROUP INCORPORATED, )<br>and FEDERAL AGENT, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 7:21-CV-44-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Wilder's complaint is filled with delusional scenarios and wholly irrational statements. The application to proceed in forma pauperis is ALLOWED. The clerk shall file the complaint. The complaint is DISMISSED as frivolous.

**This Judgment Filed and Entered on March 22, 2021, and Copies To:**

Lawrence V. Wilder, Sr.  (Sent to 1101 Chestnut Street Wilmington, NC 28401 via US Mail)

DATE:  PETER A. MOORE, JR., CLERK

March 22, 2021  (By) /s/ Nicole Sellers

    Deputy Clerk